JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
PATRICIA M. JENG, CA Bar No. 272262
patricia.jeng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD HERRERA, TAROOB SIMANI and LUIS BERREGAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1 Through 25, <br><br> Defendants. | Case No. 14-cv-00776-MWF-VBK <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION PURSUANT TO THE FEDERAL ARBITRATION ACT [9 U.S.C. §§ 3 AND 4] AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1), AND/OR IN THE ALTERNATIVE, FRCP 12(B)(6).** <br><br> Date:             May 26 2014 <br> Time:            10:00 a.m. <br> Location:       Courtroom 1600 <br><br> Action Filed:   March 12, 2014 <br> Trial Date:     None <br> Judge:          Hon. Michael W. Fitzgerald <br> Mag. Judge:    Hon. Victor B. Kenton |

NOTICE OF MOTION AND MOTION TO DISMISS AND COMPEL ARBITRATION

**TO THE CLERK OF THE COURT, PLAINTIFFS TRINIDAD HERRERA, TAROOB SLMANI and LUIS BARRAGAN AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on May 26, 2014, at 10:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Judge Michael W. Fitzgerald, in Courtroom 1600 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant CarMax Auto Superstores California, LLC, will and hereby do move as follows:

1.     For an Order, pursuant to the Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6) dismissing the entire action for lack of jurisdiction or failure to state a claim upon which relief can be granted, because Plaintiffs agreed to submit any and all claims arising from their employment at CarMax to binding arbitration, and because Plaintiffs' seven claims for relief all arise from his employment at CarMax, **or,**

2.     For an Order, pursuant to the Federal Arbitration Act (9 U.S.C. § 3); staying the instant action, and compelling Plaintiff to arbitrate his claims for relief against CarMax upon an individualized basis, and dismissing Plaintiffs' class allegations.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 17 and April 21, 2014.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in support thereof, the supporting declarations of Kimberly Ross, Jack Sholkoff and Patricia Jeng, all papers and pleadings filed in this action,

///

///

///

///

///

1

NOTICE OF MOTION AND MOTION TO DISMISS AND COMPEL ARBITRATION

and any other evidence and argument as may be presented in connection with the

hearing on the Motion.

DATED:  April 24, 2014                    OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.


                                          By: /s/  Jack S. Sholkoff
                                          Jack S. Sholkoff
                                          Patricia M. Jeng

                                          Attorneys for Defendant
                                          CARMAX AUTO SUPERSTORES
                                          CALIFORNIA, LLC

NOTICE OF MOTION AND MOTION TO DISMISS AND COMPEL ARBITRATION